# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00246-CV

**Navasota Resources, Ltd., Appellant**

**v.**

**Heep Petroleum, Inc. and Larry W. Kimes, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. 97-01738, HONORABLE PETER M. LOWRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Navasota Resources, Ltd., and appellees Heep Petroleum, Inc. and Larry W. Kimes, wish to abate this appeal and have filed an agreed motion to abate. We grant the motion and abate this appeal until October 31, 2005.

_____

Jan P. Patterson, Justice

Before Justices B. A. Smith, Patterson and Puryear

Filed:   September 27, 2005